CATHERINE WELDON, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

Reported below, 3 App. Div. 370.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION to open default in failing to file and serve a return upon an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 17, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Hoadly, Lauterbach & Johnson* for motion.

*Foley & Wray* opposed.

Motion granted, upon payment of ten dollars and performance within ten days. _____